

**FILED**

JUN 2 5 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

CLAYTON JAMES MASCARENA,

                              Petitioner,

vs.

STATE OF MONTANA – 13TH
JUDICIAL DISTRICT COURT and
the ATTORNEY GENERAL of the
STATE OF MONTANA,

                              Respondents.

No. CV 12-159-BLG-SEH

**ORDER**

On June 4, 2013, United States Magistrate Judge Carolyn Ostby entered

Findings and Recommendations[1] in this matter.  Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made.  Thomas v. Arn, 474 U.S. 140, 149-152 (1986).  However, this

Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 86.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and

Recommendations and adopt them in full.

ORDERED:

1.    Petitioner's Petition for Writ of Habeas Corpus[2] is DENIED.

2.    A Certificate of Appealability is DENIED.

2.    The Clerk is directed to enter judgment accordingly.

DATED this _____ day of June, 2013.

SAM E. HADDON
United States District Judge

---

[2]Document No. 1.