

FILED

JUN 2 5 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| CLAYTON JAMES MASCARENA,<br><br>                        Petitioner,<br>vs.<br><br>STATE OF MONTANA – 13TH JUDICIAL DISTRICT COURT and the ATTORNEY GENERAL of the STATE OF MONTANA,<br><br>                        Respondents. | No. CV 12-159-BLG-SEH<br><br>**ORDER** |

On June 4, 2013, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 86.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Petitioner's Petition for Writ of Habeas Corpus[2] is DENIED.

2. A Certificate of Appealability is DENIED.

2. The Clerk is directed to enter judgment accordingly.

DATED this 25th day of June, 2013.

SAM E. HADDON
United States District Judge

---

[2]Document No. 1.